■ In the Matter of ROBERT A. GRAZIANO, Appellant, v MICHAEL J. CODD, as Police Commissioner of the City of New York, et al., Respondents. —Judgment, Supreme Court, New York County, entered on or about October 25, 1976, unanimously affirmed for the reasons stated by Saypol, J., without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Evans and Capozzoli, JJ.

■ J. C. PENNEY COMPANY, INC., Appellant, v 1700 BROADWAY COMPANY, et al., Respondents, et al., Defendant.—Order, Supreme Court, New York County, entered on January 20, 1977, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Evans and Capozzoli, JJ.

■ GEORGE SINCLAIR, Appellant, v XAVIERE SINCLAIR, Respondent.—Order, Supreme Court, Bronx County, entered on July 21, 1976, unanimously affirmed, without costs and without disbursements. We find no reason to reverse Special Term as the matter was completely within its discretion. Concur—Murphy, P. J., Kupferman, Capozzoli and Markewich, JJ.

■ THEODORE MORRISON, an Infant, by His Parent and Natural Guardian, ARTHUR MORRISON, et al., Appellants, et al., Plaintiff, v ROOSEVELT HOSPITAL, Defendant, and KREINDLER & KREINDLER, Respondent.—Amended order, Supreme Court, New York County, entered on January 13, 1977, unanimously affirmed, without costs and without disbursements. We believe the fees fixed were fair and reasonable under the circumstances of this case. Concur—Birns, J. P., Silverman, Capozzoli and Lane, JJ.

### (June 28, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN RAMIREZ, Appellant.—Judgment, Supreme Court, New York County, rendered on November 24, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Lupiano, Evans and Markewich, JJ.

■ CAESAR NOBILETTI, Appellant, v ZINGARELLA REALTY CORP. et al., Respondents.—Order, Supreme Court, New York County, entered on March 28, 1977, unanimously affirmed for the reasons stated by Fein, J., without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Evans and Markewich, JJ.

■ FRANK VINTICINQUO, Respondent, v C. B. CAPUTO WRECKING AND LUMBER, INC., Appellant.—Order, Supreme Court, New York County, entered on July 28, 1975, unanimously affirmed for the reasons stated by Markowitz, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Evans and Markewich, JJ.